**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 574 MAL 2014
:
               Respondent      :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
          v.                :
:
:
:
PATRICK MICHAEL GRINNAN,    :
:
               Petitioner        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.